## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL HERGENROEDER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 17-CV-178-SMY-SCW |
| ) | |
| **BROWN & JOSEPH, LTD.,** ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on April 21, 2017 (Doc. 6), Plaintiff's claims against Brown & Joseph, LTD. are **DISMISSED with prejudice.** Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:  April 21, 2017**

**JUSTINE FLANAGAN, Acting Clerk of Court**

**By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**   s/ Staci M. Yandle
                **STACI M. YANDLE**
                **DISTRICT JUDGE**